UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | CASE NO. MJ 18-029 |
| Plaintiff,           ) | SDCA CASE NO. CR09-2379 JLS |
| ) | |
| v.           ) | |
| ) | DETENTION ORDER |
| JORGE MEDINA-VILLEGAS           ) | |
| ) | |
| Defendant.           ) | |

<u>Offense charged</u>:     Violation of Supervised Release

<u>Date of Detention Hearing</u>:    January 19, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant is charged in the Southern District of California with violating the conditions of supervised release, SDCA Case No. CR09-02379 JLS. He was arrested in this

District, and has waived his right to an identity hearing.   An order of transfer has been signed.

2. Defendant does not contest detention at this time.  He declined an interview with Probation & Pretrial Services, so much of his background information is unknown or unverified.   He is a native of Mexico and has been arrested on three occasions for immigration-related offenses.   The government alleges that he is in this country illegally.   He is associated with a number of alias names and identifiers. Defendant poses a risk of nonappearance based on illegal status, criminal history, lack of verified background information, and use of alias identifiers.   Defendant poses a risk of danger based on criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

01      DATED this 19th day of January, 2018.

										_____
										Mary Alice Theiler
										United States Magistrate Judge

DETENTION ORDER
PAGE -3